AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
Vinh Sanh Nguyen

Defendant.

Case No. 20-6101-SNOW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 9/24/2019 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) | Knowing possession or knowing access with intent to view, one (1) or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if (i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (ii) such visual depiction is of such conduct. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Lee Bieber, Plantation Police Dept., TFO FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/25/20

[signature: Lurana S. Snow]
*Judge's signature*

City and state: Fort Lauderdale, Florida

Lurana S.Snow, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Your affiant is Lee Bieber, a Detective with the Plantation Police Department and is currently assigned to the Federal Bureau of Investigation (FBI) Child Exploitation Task Force, who, being duly sworn, deposes and states as follows:

1. I am a Detective with the Plantation Police Department and have been so employed since 2002. I am currently assigned to the Federal Bureau of Investigation (FBI) Child Exploitation Task Force, Miami Field Office, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors including minor sex trafficking, child pornography, and enticement violations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in numerous child exploitation investigations, and have executed search warrants that have led to seizures of child pornography and undercover operations to recover juvenile victims of child prostitution.

2. I am also assigned to the South Florida Internet Crimes Against Children Task Force ("ICAC"). The South Florida ICAC is part of a National Task Force. South Florida ICAC investigates computer crimes related to child pornography and crimes related to the abuse and exploitation of children, including On-line (Internet) undercover investigations. South Florida ICAC is part of the Broward Sheriff's Office Strategic Investigation Division ("SID"). SID investigates traditional

organized crime and various specialty crimes within Broward County and is connected with several area Task Forces both Federal and State.

3. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

4. This affidavit is based upon my personal knowledge of the events set forth herein, as well as information provided to me by other law enforcement personnel and other sources of information. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me or other law enforcement personnel concerning this investigation, I have set forth only the facts I believe are necessary to establish probable cause to believe that VINH NGUYEN has committed a violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## BACKGROUND OF THE INVESTIGATION

5. On September 24, 2019, the Plantation Police Department arrested and charged a 21-year-old Asian male VINH NGUYEN with voyeurism. Their investigation revealed that NGUYEN was using his cellular phone to take videos of an unclothed female in a dressing room. Pursuant to their arrest NGUYEN's cellular phone was seized. The cellular phone was a Samsung Galaxy.

6. On October 4, 2019, Circuit Court Judge Tim Bailey signed a search warrant authorizing law enforcement to conduct a digital forensic examination on NGUYEN's Samsung Galaxy A10 cellular phone. The cellular phone was subsequently turned over to the FBI Computer

Analysis Response Team (CART) to aide in the identification of the security pattern and / or unlock the device.

7. In December of 2019, Cellebrite's Advanced Services were utilized to bypass the pattern lock and forensically extract data from NGUYEN's Samsung Galaxy A10e cellular phone. On January 21, 2020, your affiant reviewed the extracted data from NGUYEN's cellular telephone.

8. Installed applications on this device included, Snapchat, Kik Messenger, Facebook, Facebook Messenger, Dropbox, Google Drive, and MEGA. Account information and content for these applications were limited. However, the following Google user accounts were found on this device: vnguyenn55@gmail.com, vussnguyen@gmail.com, and nguyen002@mymdc.net.

9. After further investigation, it was discovered that image and video files of young girls involved in sexual acts and or posing in a lewd lascivious manner were stored within the MEGA Downloads folder of the file system directory using the following path: /data/media/0/MEGA/MEGA Downloads

10. Griffeye Analyze was used to process these files. At least 16 videos were identified that appeared to contain child pornography. These videos are described as follows:

**File Name:** 05.mp4
**MD5:** 951E650D8124E7718CE5A8B0B64F8D28
**File Path:** /data/media/0/MEGA/MEGA Downloads/MP4/05.mp4
**Description:** This video file is approximately 38 seconds in length and depicts a young female child approximately 10-13 years of age lying on her back with her legs spread apart. The child is naked from the waist down. She is touching her vagina in a sexual manner.

**File Name:** 2_mmm_1.mp4
**MD5:** DB344AEA73413A346EC00CADCFA2A66D
**File Path:** /data/media/0/MEGA/MEGA Downloads/MP4/2_mmm_1.mp4
**Description:** This video file is approximately 8 minutes and 58 seconds in length and depicts a young female child approximately 10-13 years of age. The child removes her clothes. Exposes her vagina and anus in a sexual manner and inserts and object into her anus.

**File Name:** 3e62c51f181369fa9bf17e5f09995738.mp4
**MD5:** 3E62C51F181369FA9BF17E5F09995738
**File Path:** /data/media/0/MEGA/MEGA Downloads/MP4/3e62c51f181369fa9bf17e5f09995738.mp4
**Description:** This video file is approximately 1 minute and 7 seconds in length and depicts a prepubescent female child approximately 8-10 years of age lying on her back with her legs spread and raised. An adult male is penetrating the anus of the child with his erect penis.

**File Name:** 3af1ff8346b89bd5a4aa9f64378d975e (18-19).mp4
**MD5:** 3AF1FF8346B89BD5A4AA9F64378D975E
**File Path:** /data/media/0/MEGA/MEGA Downloads/MP4/3af1ff8346b89bd5a4aa9f64378d975e (18-19).mp4
**Description:** This video file is approximately 1 minute and 43 seconds in length and depicts a young female child approximately 10-13 years of age lying on her back with her legs spread apart. The child is naked from the waist down. An adult male is penetrating the vagina of the child with his erect penis. The child appears emotionally distressed during the sexual encounter.

**File Name:** 6f4edb42cbf596ed5a2117b25e15366b (18-23).mp4
**MD5:** 6F4EDB42CBF596ED5A2117B25E15366B
**File Path:** /data/media/0/MEGA/MEGA Downloads/MP4/6f4edb42cbf596ed5a2117b25e15366b (18-23).mp4
**Description:** This video file is approximately 1 minute and 22 seconds in length and depicts a prepubescent female child approximately 8-10 years of age performing sexual acts with an adult male. The sexual acts include oral and vaginal penetration with the adult male's erect penis.

**File Name:** 9.mp4
**MD5:** EDFE58CE40C55C6D0834575F8539D9A8
**File Path:** /data/media/0/MEGA/MEGA Downloads/MP4/9.mp4
**Description:** This video file is approximately 53 seconds in length and depicts a young female child approximately 10-13 years of age who is naked and kneeling in front of an adult male who is standing up. The adult male is penetrating the mouth of the child with his erect penis.

**File Name:** AnalDildo.mp4
**MD5:** E8FD1AECD485282EBE384EBB2C0106FD
**File Path:** /data/media/0/MEGA/MEGA Downloads/MP4/AnalDildo.mp4
**Description:** This video file is approximately 1 minute and 17 seconds in length and depicts a prepubescent female child under 5 years of age lying on her back. An object shaped like an erect penis is penetrating the anus of the child.

**File Name:** 14boy first sex 15yo girl.mp4
**MD5:** ADA5185E801A5CDDFDE55B79321EFD74
**File Path:** /data/media/0/MEGA/MEGA Downloads/MP4/14boy first sex 15yo girl.mp4
**Description:** This video file is approximately 4 minutes and 8 seconds in length and depicts a young male and young female child engaged in sexual intercourse. Both children are approximately 12 to 15 years of age.

**File Name:** 372512_chunk_3.mp4
**MD5:** 3B3C3A0A29137FADDD66C99542F7F254
**File Path:** /data/media/0/MEGA/MEGA Downloads/MP4/372512_chunk_3.mp4
**Description:** This video file is approximately 14 minutes and 59 seconds in length and depicts a prepubescent female child approximately 8-10 years of age exposing her genitals in a lewd lascivious manner.

11. The remaining 7 video files depict young girls approximately 10 to 15 years of age masturbating, performing sexual acts with adult males, and exposing their vaginal and or anal area in a lewd / lascivious manner.

12. Additionally, instructions on how to threaten or scare young female victims online were found in a MEGA Downloads subfolder named "How to get her attention". Instructions include, but is not limited to, the following:

- "Setting up a fake Kik with her pics and messaging her is the best way to get her attention or use pics as your display picture, sending her clothed pics or her will also get attention."
- "Message her with an insult, message her from a fake account of her, message her with your profile pic as one of her pics, send her your favourite photos, rape threats, abusive language, something creative such as "I've found a match" and send her a pic of her."
- "If you send her her photos from your laptop screen using your phone itll scare her more, E.G."

13.     Based on my training and experience, I know these techniques are commonly used by individuals who extort child victims for sexually explicit images and videos.

14.     On February 14, 2020, a Federal search warrant was signed by United States Magistrate Judge authorizing the search of Google accounts bearing user identification addresses vnguyenn55@gmail.com and vussnguyen@gmail.com. The search warrant was served on February 17, 2020. Google provided a response to the search warrant pertaining to Google accounts on February 24, 2020.

15.     According to the provided data records, Google user account vnguyenn55@gmail.com was created on January 17, 2019. The account is still active. A Samsung Galaxy A10 (Model: SM-A102U), an Apple iPhone 7, and an Apple iPhone 11 were used to access this account. Google map searches were conducted from this account using VINH SANH NGUYEN's residential address (5531 SW 8 ST, Margate, FL 33068) as both the starting location and destination on multiple dates.

16.     A word document named "FLVINHRESUME" was stored within the Google Drive folder of user account vnguyenn55@gmail.com. The document is a resume for VINH SANH NGUYEN which lists his home address 5531 SW 8 ST, Margate, FL 33068 and contact information in the header. There is no other data contained in the account indicating then anyone other than NGUYEN uses the account.

17.     Thirteen (13) image and video files of young children and infants involved in sexual acts and or posing in lewd lascivious manner were stored within the Google Drive folder of user account vnguyenn55@gmail.com. These files are described as follows:

**File Name:** IMG_8805.jpg
**MD5:** d47a844a2b5442742aec5c9600c0fa82
**Description:** This image file depicts a male infant lying on his back with legs spread apart. His penis and anus are exposed. There appears to be semen on the infant's genital and anal area. An adult male's penis is touching the child's anal area.

**File Name:** IMG-8802.jpg
**MD5:** b5edd6f1fa5d007d5d9ef8f7916c2ca4
**Description:** This image file depicts a male infant lying on his back with legs spread apart. The infant's penis is exposed and is the focus of the image.

**File Name:** 20130526_155006.3gp
**MD5:** 6c5b0b37ca616440152d380ba67e4017
**Description:** This video file is approximately 61 seconds in length and depicts an infant being oral penetrated with an adult male's erect penis.

**File Name:** 6yo fuck to short.avi
**MD5:** 926d9024b6b4f4f738b900fe1809052f
**Description:** This video file is approximately 17 seconds in length and depicts a young female child approximately 6-8 years of age on her hands and knees with her buttocks raised. An adult male is penetrating the anus or vagina of the child with his erect penis.

**File Name:** 10yo girls dad musturbate on them.avi
**MD5:** 4b621d4cc0f02c4ec72789c1be0e6e48
**Description:** This video file is approximately 2 minutes and 36 seconds in length and depicts a prepubescent female child approximately 8-10 years of age performing sexual acts with an adult male. The sexual acts include oral penetration with the adult male's erect penis. The adult male then masturbates over the child while she is lying down with her legs spread apart. The adult male ejaculates on the child's body.

**File Name:** (pthc) Babies, Toddlers Lots of Cum.avi
**MD5:** 59dd7073e314a9f8048e52d62c69cfd5
**Description:** This video file is approximately 8 minutes in length and depicts adult males performing sexual acts on infants and toddlers to include, but is not limited to, digital penetration, and masturbation. The adult males ejaculate on the bodies of these children. Based on data contained with the account, this file appeared to have been added to the account on February 4, 2020.

18. The remaining six (6) image / video files depict adult males performing sexual acts on prepubescent children / infants. These files are consistent with the files listed above.

## CONCLUSION

19. Based on the aforementioned factual information, I respectfully submit that there is probable cause to support the arrest of VINH NGUYEN, for possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

***FURTHER YOUR AFFIANT SAYETH NAUGHT.***

Lee Bieber
TFO Federal Bureau of Investigation

Sworn to and subscribed before me this 25 day of February, 2020.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE